DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MINIAR HAFSI,**
Appellant,

v.

**BADREDDINE KERKENI,**
Appellee.

No. 4D2025-0817

[June 11, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lauren M. Alperstein, Judge; L.T. Case No. 062023DR003802AXXXCE.

Miniar Hafsi, Tunisia, pro se.

Badreddine Kerkeni, Germany, pro se.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***